UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO HOME MORTGAGE OVERTIME PAY LITIGATION | No. C-06-1770 EMC |
| THIS CASE RELATES TO ALL CASES _____/ | **ORDER TERMINATING MDL ACTION**<br><br>For Case Nos.:<br>C-06-1770 EMC, *Mevorah, Urso*<br>C-06-4481 EMC, *Perry*<br>C-05-1175 EMC, *Mevorah*<br>C-05-2722 EMC, *Perez*<br>C-06-1991 EMC, *Miles* |

Previously, the Court issued an order in which it asked the parties in each case comprising the MDL action to show cause why Ms. Urso and Wells Fargo's stipulated request to terminate the MDL action should not be granted and why the MDL action, including its underlying cases, should not be dismissed with prejudice and terminated as a result. *See* Docket No. 424 (order). The Court noted in its order to show cause that a response was necessary

> *only if* a party believes that the MDL action, including its underlying cases, should *not* be dismissed with prejudice and terminated as a result. Thus, if counsel believe there is nothing to pursue, then they need not respond, and the lack of a response shall be deemed an admission that the MDL action should be dismissed with prejudice and terminated.

Docket No. 424 (Order at 2) (emphasis in original).

No party filed a response to the Court's order to show cause. Accordingly, the Court hereby **GRANTS** Ms. Urso and Wells Fargo's stipulated request to terminate the MDL action. **In**

**accordance with this order, the Clerk of the Court shall terminate the MDL action, including each underlying case, and close the file in each case. In addition, the Clerk of the Court shall transmit a copy of this terminating order to the MDL Panel consistent with MDL Rule No. 10.1(a).**

Any cases related to the MDL action, to the extent they have not been resolved, shall continue as individual cases. Now that the MDL action has been terminated, the plaintiffs in C-11-3841 JW should renotice their motion to relate to the next lowest-numbered case that is not part of the MDL.

IT IS SO ORDERED.

Dated: December 6, 2011

_____
EDWARD M. CHEN
United States District Judge