1  ROBERT W. THOMPSON, Esq. (SBN 106411)
2  CHARLES S. RUSSELL, Esq. (SBN 219934)
   **CALLAHAN, THOMPSON, SHERMAN**
3        **& CAUDILL, LLP**
   2601 Main Street, Suite 800
4  Irvine, California 92614
   Tel.:  (949) 261-2872
5  Fax:  (949) 261-6060
   Email : rthompson@ctsclaw.com
6  Email : crussell@ctsclaw.com

7
   Attorneys for Plaintiffs,
8  **KAI CHANDLER et al** (see signature page for full listing)

9
                **UNITED STATES DISTRICT COURT**
10
            **NORTHERN DISTRICT OF CALIFORNIA**
11
                 **SAN FRANCISCO DIVISION**
12

13

14  KAI CHANDLER, et al.                      Case No.:  C11-3841 EMC
                                              JUDGE  EDWARD M. CHEN
15                                            COURTROOM:   5
16       Plaintiffs,                          COMPLAINT DATE:  08/04/11

17       vs.

18                                            **STIPULATION OF DISMISSAL OF**
    WELLS FARGO & COMPANY, a                  **PLAINTIFF GEORGE TURNER**
19  Delaware corporation; WELLS FARGO         **PURSUANT TO F.R.C.P**
20  HOME MORTGAGE, INC., a                    **40(a)(1(A)(ii)**
    California corporation, WELLS
21  FARGO BANK, N.A., and DOES 1 –
22  10, inclusive,

23

24

25       Defendants.

26
    / / /
27
    / / /
28
                                - 1 -

1    Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties herein have stipulated that the

2  action by GEORGE TURNER, a plaintiff herein, be dismissed without prejudice as

3  to all defendants, with each side to bear their own costs.

4  **SO STIPULATED.**

5

6  DATED: February 16, 2012       **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

7

8                   By

9                      ROBERT W. THOMPSON

                          CHARLES S. RUSSELL

10                     **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

11                     2601 Main Street, Suite 800

12                     Irvine, California 92614

                        Tel.: (949) 261-2872

13                     Fax: (949) 261-6060

                        Email : rthompson@ctsclaw.com

14                     Email : crussell@ctsclaw.com

                        Attorneys for Plaintiff

15                     **GEORGE TURNER (and all other**

16                     **plaintiffs)**

17

18  DATED: February 16, 2012       **LITTLER MENDELSON, P.C.**

19

20                   By

21                     LINDBERGH PORTER

                        **LITTLER MENDELSON, P.C.**

22                     650 California Street, 20th Floor

                        San Francisco, CA 94108-2693

23  IT IS SO ORDERED:          Tel.: (415) 399-8445

24                     Fax: (415) 743-6541

                        Email : lporter@littler.com

25  Edward M. Chen           Attorneys for Defendants

26  U.S. Dis...             **WELL FARGO & COMPANY, WELLS**

                      **FARGO HOME MORTGAGE, INC., and**

27                     **WELLS FARGO BANK, N.A.**

28  G:\PLF\01\0902\Pld

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CTSC | law
CALLAHAN THOMPSON SHERMAN & CAUDILL LLP

1

**CERTIFICATE OF SERVICE**

2

     I hereby certify that a copy of the foregoing was filed electronically and notice

3

of this filing will be sent by e-mail to all parties by operation of the court's

4

electronic filing system or by mail to anyone unable to accept electronic filing as

5

indicated on the Notice of Electronic Filing. Parties may access this filing through

6

the court's EM/ECF System.

7

8

February 16, 2012                      *_/s/ Charles S. Russell_*

9

                                                Charles S. Russell

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28