LITTLER MENDELSON, P.C.
LINDBERGH PORTER, Bar No. 100091
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
Email: lporter@littler.com

Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KAI CHANDLER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1-10 inclusive,<br><br>    Defendants. | Case No. CV 11-03841 EMC<br><br>**REQUEST TO WITHDRAW MARCH 4, 2013 STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: August 4, 2011 |

1  Plaintiffs KAI CHANDLER, et al. and Defendants WELLS FARGO & COMPANY,
2  WELLS FARGO BANK, N.A., and WELLS FARGO HOME MORTGAGE, INC. (the "Parties")
3  through their respective counsel, hereby request withdrawal of the Stipulation and [Proposed] Order
4  to Continue the Case Management Conference filed by the Parties on March 4, 2013. The Parties
5  would like to proceed with the Conference as currently scheduled on March 14, 2013 at 10:30 a.m.
6  in Courtroom 5, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: March 5, 2013

LITTLER MENDELSON, P.C.

By: /s/ Lindbergh Porter
LINDBERGH PORTER
Attorneys for Defendants
WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC.

Dated: March 6, 2013

CALLAHAN, THOMPSON, SHERMAN & CAUDILL LLP

By: /s/
ROBERT W. THOMPSON
CHARLES S. RUSSELL
Attorneys for PLAINTIFFS
KAI CHANDLER, et al.

IT IS ORDERED that the Stipulation to Continue the Case Management Conference in this case is withdrawn and the Conference will go forward as originally scheduled for March 14, 2013 at 10:30 a.m.

Dated: 3/11, 2013

IT IS SO ORDERED
Judge Edward M. Chen
_____
COURT JUDGE

Firmwide:118863375.1 051995.1041

REQUEST TO WITHDRAW 03/04/13 STIP AND [PROP] ORDER CONTINUING CMC

1.

CASE NO. CV 11-03841 EMC