1 ROBERT W. THOMPSON, Esq. (SBN 106411)
2 CHARLES S. RUSSELL, Esq. (SBN 219934)
**CALLAHAN, THOMPSON, SHERMAN**
3     **& CAUDILL, LLP**
2601 Main Street, Suite 800
4 Irvine, California 92614
Tel.: (949) 261-2872
5 Fax: (949) 261-6060
Email : rthompson@ctsclaw.com
6 Email : crussell@ctsclaw.com

7 Attorneys for Plaintiffs,
8 **KAI CHANDLER et al**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KAI CHANDLER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: C11-3841 EMC<br>JUDGE EDWARD M. CHEN<br>COURTROOM: 5<br>COMPLAINT DATE: 08/04/11<br><br>**STIPULATION TO TRIAL BEFORE A MAGISTRATE JUDGE FOR PLAINTIFF KELLY DODD AND DEFENDANTS WELLS FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A.; and [PR~~OPO~~SED] ORDER** |

///

- 1 -

Plaintiffs KAI CHANDLER, et al, and Defendants WELLS FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A. (collectively, "WELLS FARGO"), through their respective counsel, hereby stipulate and request as follows:

(1) That the claims of Plaintiff KELLY DODD be set for trial as a test case and that the remaining Plaintiffs' claims be stayed pending resolution of Plaintiff KELLY DODD's claims;

(2) That this case be assigned to a Magistrate Judge for all purposes, including trial, of the claims of Plaintiff KELLY DODD;

(3) That Magistrate Judge Maria Elena James or Magistrate Judge Joseph C. Spero be appointed as the Magistrate Judge for KELLY DODD's test case; and

(4) Wells Fargo and KELLY DODD waive their rights to a jury for the trial of KELLY DODD's test case.

The stipulating parties request that once the case is assigned to a Magistrate Judge, a trial setting conference be scheduled as soon as possible (by telephonic appearance if possible) so that the parties and the Magistrate Judge can set KELLY DODD's test case for trial in late 2013 on a mutually convenient date.

**SO STIPULATED.**

DATED: March 22, 2013

CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP

By _____
ROBERT W. THOMPSON
CHARLES S. RUSSELL
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel.: (949) 261-2872

|   |   |
|---|---|
|   | Fax: (949) 261-6060<br>Email : rthompson@ctsclaw.com<br>Email : crussell@ctsclaw.com<br>Attorneys for Plaintiff<br>**KELLY DODD, and all other Plaintiffs** |
| DATED: March 22, 2013 | **LITTLER MENDELSON, P.C.** |
| By | *Lindbergh Porter /sjk*<br>LINDBERGH PORTER<br>**LITTLER MENDELSON, P.C.**<br>650 California Street, 20th Floor<br>San Francisco, CA 94108-2693<br>Tel.: (415) 399-8445<br>Fax: (415) 743-6541<br>Email : lporter@littler.com<br>Attorneys for Defendants<br>**WELL FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A.** |

the Dodd case

**IT IS SO ORDERED** that ~~this~~ case is assigned to Magistrate Judge [MARIA-ELENA JAMES ~~or JOSEPH C. SPERO~~] for all purposes, including trial, of the claims of Plaintiff KELLY DODD, and that the claims of the remaining plaintiffs are hereby stayed pending the resolution of the claims of KELLY DODD. *

DATED: 3/27, 2013 _____

*IT IS SO ORDERED AS MODIFIED* — Judge Edward M. Chen

**United States District Court Judge**

The Clerk of the Court is directed to sever this case and open a new case number for Kelly Dodd v. Wells Fargo, et al. which to be assigned to Magistrate Judge Maria-Elena James for all purposes, including bench trial. All docket entries to be copied to the new case number. The undersigned remains as presiding judge in the main Case C11-3841 EMC for resolution of the claims of the remaining plaintiffs.

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

March 22, 2013   /s/ Charles S. Russell

Charles S. Russell

G:\PLF\0110002\Pldgs\Stipulation re test case.doc

- 4 -