1  ROBERT W. THOMPSON, Esq. (SBN 106411)
2  CHARLES S. RUSSELL, Esq. (SBN 219934)
   **CALLAHAN, THOMPSON, SHERMAN**
3      **& CAUDILL, LLP**
   2601 Main Street, Suite 800
4  Irvine, California 92614
   Tel.: (949) 261-2872
5  Fax: (949) 261-6060
   Email : rthompson@ctsclaw.com
6  Email : crussell@ctsclaw.com

7
   Attorneys for Plaintiffs,
8  **KAI CHANDLER et al**

9

10             **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12                **SAN FRANCISCO DIVISION**

| | |
|---|---|
| KAI CHANDLER, et al. | Case No.: C11-3841 EMC |
| | JUDGE EDWARD M. CHEN |
| | COURTROOM: 5 |
| Plaintiffs, | COMPLAINT DATE: 08/04/11 |
| vs. | |
| | **JOINT CASE MANAGEMENT** |
| WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1 – 10, inclusive, | **CONFERENCE STATEMENT** |
| | **CMC Date: 12/10/2013** |
| | **Time: 10:30 a.m.** |
| | **Courtroom: 5** |
| | **Judge: Hon. Edward M. Chen** |
| Defendants. | |

/ / /

/ / /

- 1 -

Defendant Wells Fargo and Plaintiffs in the *Chandler* action (Case C11-3841 EMC) hereby submit this joint Case Management Conference Statement.

**CASE STATUS**

The *Chandler* matter involves claims by individual plaintiffs who worked as Home Mortgage Consultants for defendant Wells Fargo, and alleges unpaid overtime wages pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. The plaintiffs in the *Chandler* matter were either involved in the prior MDL action *In Re Wells Fargo Overtime Litigation* as class members prior to the class being decertified as part of a settlement, or worked for Wells Fargo after the class period in the prior action.

All Defendants have been served and have answered.

To facilitate global resolution, the parties to the *Chandler* action agreed to take a single plaintiff's case to trial as a test case before a magistrate judge without a jury. The parties selected Plaintiff Kelly Dodd as the test plaintiff, and she and Wells Fargo entered into a stipulation and proposed order setting forth their agreement. Judge Chen signed the order (Docket 44), and severed Kelly Dodd's case from the rest of the *Chandler* action (Docket 45). The *Dodd* matter was assigned to Magistrate Judge Maria-Elena James in Courtroom B, and given case number C-13-01365 MEJ. (Docket number 46.) The *Dodd* matter has been set for trial on April 21, 2014. Discovery in the *Dodd* matter is underway.

**SETTLEMENT DISCUSSIONS**

The parties have been working together cooperatively in an attempt to settle the matter globally. There were originally 58 individual plaintiffs in this action. The claims of 12 have been resolved and dismissed so far, and 46 plaintiffs remain.

The parties continue to negotiate in an attempt to resolve the remaining claims.

- 2 -

**FURTHER CASE MANAGEMENT**

The parties request that this matter continue to remain stayed pending resolution of the *Dodd* matter, and that the Case Management Conference scheduled for December 10, 2013 be taken off calendar and continued until May 6, 2014 to allow the parties to complete trial of the *Dodd* matter if not settled first.

The filer attests that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: December 3, 2013                **CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

By  */s/ Charles S. Russell*
ROBERT W. THOMPSON
CHARLES S. RUSSELL
**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
2601 Main Street, Suite 800
Irvine, California 92614
Tel.: (949) 261-2872
Fax: (949) 261-6060
Email : rthompson@ctsclaw.com
Email : crussell@ctsclaw.com
Attorneys for Plaintiff
**KAI CHANDLER and all other plaintiffs**

DATED: December 3, 2013                **LITTLER MENDELSON, P.C.**

By  */s/ Lindbergh Porter*
LINDBERGH PORTER
**LITTLER MENDELSON, P.C.**
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Tel.: (415) 399-8445
Fax: (415) 743-6541
Email : lporter@littler.com
Attorneys for Defendants
**WELL FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

December 3, 2013   　　　　　　　　　*/s/ Charles S. Russell*

　　　　　　　　　　　　　　　　　　Charles S. Russell

G:\PLF\0110002\Pldgs\CMC Statement 12-3-13.doc

```
IT IS SO ORDERED that the CMC is reset for 5/8/14 at 10:30 a.m.
An updated joint CMC statement shall be filed by 5/1/14.
_____
Edward M. Chen
U.S. District Judge
```



- 4 -