1  ROBERT W. THOMPSON, Esq. (SBN 106411)
2  CHARLES S. RUSSELL, Esq. (SBN 219934)
   **CALLAHAN, THOMPSON, SHERMAN**
3       **& CAUDILL, LLP**
   2601 Main Street, Suite 800
4  Irvine, California 92614
   Tel.: (949) 261-2872
5  Fax: (949) 261-6060
   Email : rthompson@ctsclaw.com
6  Email : crussell@ctsclaw.com

7  Attorneys for Plaintiffs,
8  **KAI CHANDLER et al**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| KAI CHANDLER, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>WELLS FARGO & COMPANY, a Delaware corporation; WELLS FARGO HOME MORTGAGE, INC., a California corporation, WELLS FARGO BANK, N.A., and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No.: C11-3841 EMC<br>JUDGE EDWARD M. CHEN<br>COURTROOM: 5<br>COMPLAINT DATE: 08/04/11<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION BY ALL PLAINTIFFS PURSUANT TO F.R.C.P 41(a)(1(A)(ii)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the parties have stipulated that the entire action by all plaintiffs be dismissed with prejudice as to all defendants, with each side to bear their own costs.

- 1 -

1  SO STIPULATED.

2

3  DATED: February 10, 2014				**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**

					By  _____
					CHARLES S. RUSSELL
					**CALLAHAN, THOMPSON, SHERMAN & CAUDILL, LLP**
					2601 Main Street, Suite 800
					Irvine, California 92614
					Tel.: (949) 261-2872
					Fax: (949) 261-6060
					Email : rthompson@ctsclaw.com
					Email : crussell@ctsclaw.com
					Attorneys for Plaintiff
					**KAI CHANDLER (and all other plaintiffs)**

DATED: February /2, 2014				**LITTLER MENDELSON, P.C.**

					By  _____
					LINDBERGH PORTER
					**LITTLER MENDELSON, P.C.**
					650 California Street, 20th Floor
					San Francisco, CA 94108-2693
					Tel.: (415) 399-8445
					Fax: (415) 743-6541
					Email : lporter@littler.com
					Attorneys for Defendants
					**WELLS FARGO & COMPANY, WELLS FARGO HOME MORTGAGE, INC., and WELLS FARGO BANK, N.A.**

G:\PLF\0110002\Pldgs\Stip re dismissalall plaintiffs.doc

1  I hereby certify that a copy of the foregoing was filed electronically and notice
2  of this filing will be sent by e-mail to all parties by operation of the court's
3  electronic filing system or by mail to anyone unable to accept electronic filing as
4  indicated on the Notice of Electronic Filing. Parties may access this filing through
5  the court's EM/ECF System.

February 12, 2014                     /s/ Charles S. Russell
                                      Charles S. Russell

IT IS SO ORDERED. All hearings are vacated:
_____
Edward M. Chen
U.S. District Judge



- 3 -